IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| KANDACE HARRISON, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 1:24-CV-10-CLS |
| | § |
| COMMISSIONER OF SOCIAL SECURITY, | § |
| | § |
| *Defendant*. | § |

## FINAL JUDGMENT

For the reasons set forth in the court's Order Granting Defendant's Unopposed Motion to Reverse and Remand, the court orders that the Commissioner's decision is reversed and remanded for further administrative proceedings. The court further orders that this action is dismissed. The Clerk is directed to close this case.

**SIGNED this the 12th day of June, 2024.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE

1